LAW OFFICES OF MICHAEL D. SCHULMAN
MICHAEL D. SCHULMAN, ESQ.  SBN 137249
21800 Oxnard Street, Suite 750
Woodland Hills, CA  91367
Telephone: (818) 999-5553
Fax : (818) 999-5570

Attorneys for Citibank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Adolfo Martinez Lomeli,<br><br>    Plaintiffs,<br><br>vs.<br><br>Citibank N.A., Client Services, Inc.,<br><br>    Defendants. | CASE NO.:  CV12-6570HRL<br><br>STIPULATION AND []<br>ORDER TO COMPEL<br>ARBITRATION AND TO STAY<br>ACTION |

TO THE COURT, ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff, Adolfo Martinez Lomeli ("Plaintiff"), on the one hand, and defendants, Citibank N.A. ("Citibank") and Client Services, Inc. ("CSI"), on the other hand, have agreed to stipulate to an order compelling the instant dispute to binding arbitration before JAMS, San Jose division, as a consumer arbitration.

Plaintiff agrees to pay only $250.00 to JAMS and no more. Defendant Citibank, N.A., ("Citibank") shall pay JAMS any other fees (including arbitrator compensation) and costs required.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, CITIBANK and CSI, THROUGH THEIR COUNSEL OF RECORD, THAT:

1. The instant dispute is compelled to binding arbitration before JAMS as a consumer arbitration pursuant to the terms of the revised Citibank Arbitration

Agreement contained in the revised Card Agreement (a copy of which is attached hereto as Exhibit "A").

    2. Plaintiff agrees to pay only $250.00 to JAMS and no more. Defendant Citibank, N.A., ("Citibank") shall pay JAMS any other fees (including arbitrator compensation) and costs required.

    3. The JAMS arbitrator's award is final and binding on the parties unless a party appeals it in writing to JAMS as specified in the JAMS Optional Arbitration Appeal Procedure June 2003 rules (Exhibit "B" hereto"). A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

    4. The instant action is stayed pending notification of the outcome of the arbitration proceedings.

    5. The Northern District of California, San Jose Division, shall retain jurisdiction for the purpose of enforcing this Stipulation and entering judgment upon the award of the arbitrator.

IT IS SO STIPULATED:

Dated:  March 26, 2013        LAW OFFICES OF BALAM O. LETONA

                                    By: /s/Balám Letona
                                         Balam O. Letona
                                         Attorneys for Adolfo Martinez Lomeli

Dated:  March 26, 2013        LAW OFFICES OF MICHAEL D. SCHULMAN

                                         By: /s/ Michael Schulman
                                         Michael D. Schulman
                                         Attorneys for Citibank, N.A.

Dated:  March 26, 2013        CARLSON & MESSER LLP.

                                         By: /s/ David Kaminski
                                         David Kaminski
                                         Attorneys for Client Services, Inc.

//
//
//

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court adopts the stipulation of the parties and hereby stays this action pending arbitration.

SO ORDERED.

Dated: _____          _____
                                JUDGE OF THE DISTRICT COURT