IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| ADOLFO MARTINEZ LOMELI,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., CLIENT SERVICES, INC., and DOES 1-10.<br><br>Defendants. | Case No. CV12-6570 RMW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ADOLFO MARTINEZ LOMELI against Defendants CITIBANK, N.A., and CLIENT SERVICES, INC., and DOES 1-10, are dismissed, with prejudice.

IT IS SO ORDERED. The Clerk shall close the file.

Dated:_____

_____
Hon. Ronald M. Whyte
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT**